UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INDICTMENT FOR POSSESSION OF CHILD
PORNOGRAPHY AND NOTICE OF FORFEITURE

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 23-**35-JWD-SDJ** |
| versus : | 18 U.S.C. § 2252A(a)(5)(B) |
| : | 18 U.S.C. § 2253(a) |
| THOMAS MILLS V : | |

**THE GRAND JURY CHARGES:**

On or about October 22, 2018, in the Middle District of Louisiana, **THOMAS MILLS V**, defendant herein, did knowingly possess material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which had been shipped and transported using any means and facility of interstate and foreign commerce, including a computer.

It is further alleged that the child pornography involved prepubescent minors who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(b)(2).

All the above is a violation of Title 18, United States Code, Section 2252A(a)(5)(B).

**NOTICE OF FORFEITURE**

The allegation contained in the Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a).

Upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, **THOMAS MILLS V**, defendant herein, shall forfeit to the United States of America:

USA Sealed Group
USM
USPO

a. any and all matter which contains visual depictions of minors engaged in sexually explicit conduct in violation of Title 18, United States Code, Section 2252A;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

c. any property, real or personal, used or intended to be used, to commit or to promote the commission of the offense.

The property to be forfeited includes, but is not limited to, the following:

a. an HP Envy X360 laptop (Model M6-AR004DX) with a 1TB HGST hard drive (Model HTS72101A9E630), bearing serial number 161224JR1004D32VGJLM;

b. a Unirex Micro SD USB adapter and a 256GB SanDisk Ultra Plus MicroSD card, bearing serial number 8354DVASX1F2, contained therein; and

c. a 1GB blue and silver USB drive.

UNITED STATES OF AMERICA, BY

_____
RONALD C. GATHE, JR.
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_____
ELI J. ABAD
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**
_____
GRAND JURY FOREPERSON

4/26/23
_____
DATE

## Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: Zachary, LA

County/Parish: East Baton Rouge

*Investigating Agency: HSI

*Agent: Rick Estopinal

**Matter to be sealed:** ✓ Yes ☐ No

Related Case Information:

Superseding BOI ____ Docket Number ____
Same Defendant ____ New Defendant  x
Magistrate Case Number: ____
Search Warrant Case No.: ____
R 20/ R 40 from District of: ____
Any Other Related Cases: ____

**Defendant Information:**

Defendant Name: Thomas Mills V

Alias: ____

Address: ____

Birthdate: ____ SS #: ____ Sex: ____ Race: ____ Nationality: ____

**U.S. Attorney Information:**

AUSA: Eli J. Abad                Bar #: 34412

Interpreter: ☐ Yes ✓ No          List language and/or dialect: ____

**Location Status:**

Arrest Date ____
____ Already in Federal Custody as of
____ Already in State Custody
____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 18:2252A(a)(5)(B) | Possession of child pornography | 1 | F |

Date: 4/26/2023         Signature of AUSA: _[signature]_