UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | |
| THOMAS MILLS, V. | NO. 23-35-JWD-SDJ |

### ORDER

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. 146) is **DENIED**. Defendant's motion appears to rehash arguments made in support of his suppression motion, which the Court has now denied three times. Defendant provides no legal authority to dismiss the charges against him because of insufficient evidence. Defendant references discovery violations, but his complaints are vague and do not specify what specifically the Government should have done which it didn't do. Without a more specific showing that the Government has failed to comply with its discovery obligations, Defendant is not entitled to relief. The Government is reminded to comply with its discovery obligations, and Defendant is again cautioned to refrain from filing frivolous pleadings.

Signed in Baton Rouge, Louisiana, on February 10, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**